UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JEREMY NETTERVILLE** | **CIV. ACTION NO. 3:23-00528** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MADISON PARISH CORRECTIONAL CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 14] previously filed herein, and having thoroughly reviewed the record, noting the absence of objection, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for Failure to State a Claim [Doc. No. 7] filed by Defendant, Madison Parish Correctional Center is **GRANTED**, and that Plaintiff Jeremy Netterville's claims against said Defendant only are hereby **DISMISSED, WITH PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6).

**MONROE, LOUISIANA**, this 16th day of August 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE